UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER E. BROWN, an individual, | : : : |
| Plaintiff, | CASE NO. 3:18-cv-01228-JBA : : |
| vs. | : : |
| DGM-PARTNERS-RYE LLC, a New York Limited Liability Company, | : : : |
| Defendant. | : : / |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: January 24, 2019

Respectfully Submitted,

By: /s/ *Louis I. Mussman*
Louis I. Mussman (ct27484)
louis@kumussman.com
Ku & Mussman, P.A.
18501 Pines Boulevard
Suite 209-A
Pembroke Pines, FL  33029
Tel:  (305) 891-1322
Fax:  (305) 891-4512
*Attorneys for Plaintiff*

Respectfully Submitted,

By: /s/ *Martha M. Royston*
Martha M. Royston (ct29835)
mroyston@murthalaw.com
Patricia E. Reilly (ct08352)
preilly@murthalaw.com
Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Tel: (203) 772-7700
Fax: (203) 772-7723
*Attorneys for Defendant*

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Patricia E. Reilly, Esq.
preilly@murthalaw.com
Martha M. Royston, Esq.
mroyston@murthalaw.com
Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510

                                              */s/ Louis I. Mussman*            .
                                              Louis I. Mussman, Esq.